## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

**COTTON COMMERCIAL USA, INC.,**     \*    **CIVIL ACTION NO.**
                                            \*

**v.**     \*    **JUDGE:**
                                            \*

**WORLD OF WHEELS, INC. d/b/a**     \*    **MAGISTRATE:**
**HARLEY DAVIDSON OF LAKE**     \*
**CHARLES and NINA DOHERTY**     \*
                                            \*
                                            \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Cotton Commercial USA, Inc., for its complaint against World of Wheels, Inc., d/b/a Harley Davidson of Lake Charles, and Nina Doherty, alleges as follows:

### PARTIES

1.    Plaintiff, Cotton, is a Texas corporation with a Texas principal place of business, and which is authorized to do business in Louisiana.

2.    Made defendants are:

    (i)  World of Wheels, Inc., d/b/a Harley Davidson of Lake Charles, a Louisiana corporation with its principal place of business in Louisiana; and

    (ii)  Nina Doherty, a natural person who is domiciled in Louisiana.

### JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the amount in controversy is in excess of $75,000, exclusive of interest and costs, and

this action is between citizens of different states. Cotton is a citizen of Texas, and the defendants are Louisiana citizens.

4.     This Court has personal jurisdiction over World of Wheels, Inc. because it is a Louisiana corporation with its principal place of business in Louisiana. The Court has personal jurisdiction over Nina Doherty because she is a natural person with a place of domicile in Louisiana.

5.     Venue is proper in this district pursuant to 28 U.S.C. § 1391 because the property that is the subject of the action is located in the district.

### FACTUAL BACKGROUND

6.     Cotton provides construction services and related materials to restore and repair commercial properties impacted by storms or other damaging events.

7.     In August 2020, the Harley Davidson of Lake Charles facility was damaged in Hurricane Laura. Harley Davidson of Lake Charles is a motorcycle dealership located at 2120 Broad St. in Lake Charles, Louisiana.

8.     Nina Doherty owns the land and building in which the dealership is located.

9.     Cotton entered into a written construction contract with Harley Davidson of Lake Charles on September 4, 2020. That contract was modified by a change order on September 22, 2020. A second change order was issued by Cotton on December 23, 2020. That change order was signed by Harley Davidson of Lake Charles on December 26, 2020, but its representative handwrote additional requests at the bottom of the order, which are not part of the parties' agreement. The Harley Davidson of Lake Charles contract and change orders are attached as Exhibit A.

10.     Cotton dutifully and satisfactorily performed the work called for in the attached contract and change orders.

11.     Cotton issued four invoices for work completed at Harley Davidson of Lake Charles, dated September 7, 2020, October 26, 2020, December 21, 2020, and January 25, 2021. The invoices, attached as Exhibit B, reflect a total contract price of $324,448.97.

12.     Two of the four invoices remain unpaid, leaving an outstanding balance of $206,537.59. Cotton subsequently sent a written demand for payment, which is attached as Exhibit C. In the alternative, citation and service of this complaint serves as written demand for purposes of La. Rev. Stat. § 9:2781.

13.     Despite amicable demand by Cotton, the defendants have failed to pay the amounts reflected in the invoices, which are now more than thirty days overdue.

14.     The contract requires all invoices to be paid within fifteen days of receipt and imposes a late charge of 5% of the overdue amount if not paid within thirty days of the invoice's delivery. $10,326.88 in late charges are thus owed on the invoices, making the total outstanding balance for the work $216,864.47.

15.     The contract provides that in any action to enforce its provisions, "the prevailing party shall be entitled to recover reasonable attorneys' fees, costs and disbursements."

16.     This matter does not involve the recovery of insurance proceeds from an insurance company, and consequently should not be subject to the Court's Hurricane Laura case management order.

## CAUSES OF ACTION

17.     Cotton provided goods and services to the defendants pursuant to a written contract. By failing to pay Cotton the amounts owed for those goods and services, the defendants breached the parties' contract. As a result, Cotton is entitled to recover damages in the amount of the principal outstanding balances, a 5% late payment penalty, costs, and attorneys' fees, as memorialized in the contract.

18.     In the alternative, Cotton provided goods and services pursuant to an open account. The defendants failed to pay Cotton the amounts owed for those goods and services. As a result, Cotton is entitled to recover damages in the amount of the principal outstanding balances, a 5% late payment penalty as specified in the contracts, costs, and attorneys' fees under La. Rev. Stat. § 9:2781.

**WHEREFORE,** Plaintiff, Cotton, prays:

1)     That after due proceedings, judgment be rendered in Cotton's favor and against defendants in accordance with the allegations and damages outlined in this petition;

2)     For all costs of these proceedings;

3)     For pre- and post-judgment interest, and attorneys' fees; and

4)     For all equitable and general relief to which Cotton may be entitled, under any theory whatsoever, including for any and all damages flowing from defendants' conduct, whether pled or not.

Respectfully submitted,


/s/ Sean P. Brady
Harold J. Flanagan (#24091)
Sean P. Brady (#30410)
Laurent J. Demosthenidy (#30473)
Gabrielle A. Ball (#39111)
FLANAGAN PARTNERS LLP
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170
Telephone: (504) 569 0235
Facsimile: (504) 592 0251
hflanagan@flanaganpartners.com
sbrady@flanaganpartners.com
ljd@flanaganpartners.com
gball@flanaganpartners.com

Attorneys for Plaintiff, Cotton Commercial USA, Inc.