# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COTTON COMMERCIAL USA, INC., | * | CIVIL ACTION NO. 21-3506 |
| | * | |
| v. | * | JUDGE JAMES D. CAIN, JR. |
| | * | |
| WORLD OF WHEELS, INC. d/b/a | * | MAGISTRATE JUDGE |
| HARLEY DAVIDSON OF LAKE | * | THOMAS P. LEBLANC |
| CHARLES, NINA DOHERTY, CAPITAL | * | |
| COMPANIES HOLDINGS, LLC, and | * | |
| CLYDE JOHNSON CONTRACTING & | * | |
| ROOFING, INC. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion to dismiss third-party complaint (Rec. Doc. 28) against Clyde Johnson Contracting & Roofing, Inc. filed by Cotton Commercial USA, Inc.;

It is hereby **ORDERED** that the motion is **GRANTED**. The third-party complaint against Clyde Johnson Contracting & Roofing, Inc. is dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees.

Thus done and signed at Lake Charles, Louisiana, this **21**st day of January, 2025.

JUDGE JAMES D. CAIN, JR.