# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COTTON COMMERCIAL USA, INC., | * | CIVIL ACTION NO. 21-3506 |
| | * | |
| v. | * | JUDGE JAMES D. CAIN, JR. |
| | * | |
| WORLD OF WHEELS, INC. d/b/a | * | MAGISTRATE JUDGE |
| HARLEY DAVIDSON OF LAKE | * | THOMAS P. LEBLANC |
| CHARLES, NINA DOHERTY, CAPITAL | * | |
| COMPANIES HOLDINGS, LLC, and | * | |
| CLYDE JOHNSON CONTRACTING & | * | |
| ROOFING, INC. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing joint motion to dismiss filed by plaintiff and defendant-in-counterclaim Cotton Commercial USA, Inc., and defendants and plaintiffs-in-counterclaim World of Wheels, Inc. d/b/a Harley Davidson of Lake Charles and Nina Doherty;

It is hereby **ORDERED** that the motion is **GRANTED**. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Thus done and signed at Lake Charles, Louisiana, this **21**st day of January, 2025.

JUDGE JAMES D. CAIN, JR.